UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLAY CORNETT,

    Plaintiff,

v.                                Case No.: 3:12-CV-00233-TJC-TEM

LENDER PROCESSING SERVICES, INC..

    Defendant.
_____/

**JOINT MOTION TO EXTEND DEADLINE FOR CONDUCT
OF MEDIATION AND TO APPOINT SUBSTITUTE MEDIATOR**

COME NOW the parties, by and through the undersigned attorneys of record, and respectfully request that the Court extend the time permitted to conduct mediation in the above referenced case, and substitute mediator Jay M. Cohen as the designated mediator in this matter. As grounds for the Motion, the parties state as follows:

1.    In its Case Management Order (Doc. #13), the Court scheduled the deadline for mediation as October 1, 2012. The parties attempted to comply with the deadline, and, therefore, attempted to schedule a mediation with the designated mediator, Dominic Caparello.

2.    The parties attempted to schedule a mediation beginning approximately two months before the deadline. Unfortunately, mediator Caparello's schedule did not permit him to be available until late October, and would require the parties to travel to Tallahassee for the October mediation. The parties therefore looked for alternate mediators.

3.    The parties agreed upon the use of mediator, Jay M. Cohen, to serve as a mediator in this case. Mediator Cohen was also not available during the month of September, but did have

{00015081.DOC-1}

an opening on October 11. The parties, therefore, respectfully request that they be permitted to hold mediation with mediator Jay M. Cohen on or before October 12, 2012.

WHEREFORE, the parties respectfully request that the Case Management Order (Doc. #13) be modified to permit them to complete mediation before October 12, 2012, and that Jay M. Cohen be substituted as the designated mediator in this matter.

DELEGAL LAW OFFICES, P.A.

By: /s/ Tad. Delegal
T.A. DELEGAL, III
Florida Bar No.: 0892701
424 East Monroe Street
Jacksonville, FL 32202
Phone (904) 633-5000
Facsimile (904) 358-2850
Email: tad@delegal.net

Attorneys for Plaintiff

ALEXANDER DEGANCE BARNETT, P.A.

By: /s/ Kelly L. DeGance
KELLY L. DEGANCE
Florida Bar No. 0606022
kelly.degance@adblegal@abdlegal.com
MARK G. ALEXANDER
Florida Bar No. 434078
mark.alexander@adblegal.com
225 Water Street, Suite 1200
Jacksonville, FL 32202
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

Attorneys for Defendant

MURPHY & ANDERSON, P.A.
GEDDES D. ANDERSON, JR.
Florida Bar No.: 0138894
ganderson@murphyandersonlaw.com
J. RICE FERRELLE, JR.
Florida Bar No.: 0835811
rferrelle@murphyandersonlaw.com
JONATHAN A. HUTH
Florida Bar No.: 0069117
jhuth@murphyandersonlaw.com
1501 San Marco Boulevard
Jacksonville, Florida 32207
(904) 598-9282 – phone
(904) 598-9283 – facsimile

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following: T. A. Delegal, III, Delegal Law Offices, P.A., 424 East Monroe Street, Jacksonville, Florida 32202, and Geddes D. Anderson, Jr., J. Rice Ferrelle, Jr., and Jonathan A. Huth, Murphy & Anderson, P.A., 1501 San Marco Boulevard, Jacksonville, Florida 32207.

                                                         Kelly L. DeGance