**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLAY A. CORNETT,

       Plaintiff,

vs.                                                          Case No. 3:12-cv-233-J-32TEM

LENDER PROCESSING SERVICES, INC.,

       Defendant.

## ORDER

       This case is before the Court on Plaintiff Clay A. Cornett's Motion for Partial Summary Judgment (Doc. 56), Defendant Lender Processing Services, Inc.'s ("LPS") Motion for Summary Judgment (Doc. 64), LPS's Motion to Strike the Affidavit of William P. Foley II Filed in Response to Defendant's Motion for Summary Judgment (Doc. 75), Cornett's ore tenus motion for leave to depose William P. Foley II, and Cornett's ore tenus request for consideration of the non-competition issue prior to trial. The Court held a hearing on February 25, 2013, the transcript of which is incorporated herein (Doc. 82), and the Court considers the parties' motions and exhibits and responses and exhibits. (Docs. 56, 63, 64, 65, 69, 70, 72-1, 72-2, 73, 75, 76.)

       The parties' motions for summary judgment and LPS's motion to strike are due to be denied. The Court is not inclined to rule now as a matter of law on the release and waiver issues. To the extent those issues might warrant factual development at trial, the Court will consider such evidence. To the extent the waiver and release issues require a legal

determination, the Court will make a final decision following the non-jury trial. Additionally, there are material issues of fact regarding whether LPS had sufficient "cause" to terminate Cornett.

Accordingly, it is hereby

**ORDERED:**

1. Cornett's Motion for Partial Summary Judgment (Doc. 56) is **DENIED**.

2. LPS's Motion for Summary Judgment (Doc. 64) is **DENIED**.

3. LPS's Motion to Strike (Doc. 75) is **DENIED**.

4. Cornett's ore tenus motion for leave to depose William P. Foley II to preserve his testimony for trial is **GRANTED**. Cornett must complete the deposition no later than **April 15, 2013**.

5. Cornett's request for consideration of the non-competition issue prior to trial is **DENIED**. Recognizing Cornett's interest in an expeditious ruling, if possible, the Court will rule on this issue from the bench following completion of the evidence.

6. The parties shall abide by the following scheduling deadlines and dates:

| | |
|---|---|
| Motions In Limine | **April 11, 2013** |
| Responses to Motions In Limine | **April 18, 2013** |
| Joint Pretrial Statement | **April 18, 2013** |
| Final Pretrial Conference | **April 26, 2013 at 3:00 P.M.**[1] |

---

[1] The attorneys may bring in their cell phones and computers upon presentation of this Order to the Court Security Officers.

| | |
|---|---|
| Findings of Fact and Conclusions of Law (limited to 25 pages, no footnotes) | **May 3, 2013** |
| Bench Trial | **May 14, 2013 at 9:30 A.M. - May 16, 2013**[2] |

In all other respects, the parties should govern themselves in accordance with the Court's June 15, 2012 Case Management and Scheduling Order. (Doc. 13.)

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of March, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record

---

[2] While the Court hopes to try this case on these dates, if the Court is required to try a criminal case (or an older civil case) in May, it would take precedence. The Court will know for certain by the time of the final pretrial conference.